IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TOMMY SHARP,

    Plaintiff,

v.                                                              No. 21-cv-0714 MV/SMV

TONY MACE,

    Defendant.

## ORDER TO CURE DEFICIENCIES

THIS MATTER is before the Court on Plaintiff's Civil Letter-Complaint [Doc. 1], docketed on July 30, 2021. He seeks damages based on, *inter alia*, racketeering and fraud. The filing is deficient because Plaintiff failed to prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with a six-month account statement. *See* 28 U.S.C. § 1915(a)(2). Plaintiff must cure this deficiency no later than **September 21, 2021**. All filings must include the case number (21-cv-0714 MV/SMV). The failure to timely comply with this Order will result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that **no later than September 21, 2021**, Plaintiff prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transactions between **January 30, 2021** and **July 30, 2021**.

**IT IS FURTHER ORDERED** that the Clerk's Office mail Plaintiff a blank *in forma pauperis* motion.

**IT IS SO ORDERED.**

                                                                                    _____
                                                                                    **STEPHAN M. VIDMAR**
                                                                                    **United States Magistrate Judge**